# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Ransom Efuetlancha,

Petitioner,

v.

David R. Rivas, et al.,

Respondents.

No. CV-26-02510-PHX-SHR (MTM)

**ORDER**

Upon the Court's own review of the record,

IT IS ORDERED requiring Respondents to file a status report as to the current status of this matter no later than 3 days from the date of this Order.

Dated this 25th day of September, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge